MICHAEL BAILEY
United States Attorney
District of Arizona

TRACY VAN BUSKIRK
Assistant United States Attorney
Arizona State Bar No. 022097
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tracy.van.buskirk@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

JAN 21 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>1. Deborah Lee Chinchee-Clawson,<br>(Counts 1 and 2)<br><br>2. Redell Clawson,<br>(Counts 1 and 2)<br><br>Defendants. | NO. CR-20-08011-PCT-MTL (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 113(a)(3), and 2<br>(CIR- Assault with Dangerous<br>Weapon - Aid and Abet)<br>Count 1<br><br>18 U.S.C. §§ 1153, 113(a)(6), and 2<br>(CIR- Assault Resulting in Serious<br>Bodily Injury - Aid and Abet)<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or between April 10, 2019 and April 11, 2019, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendants DEBORAH LEE CHINCHEE-CLAWSON and REDELL CLAWSON, Indians, aiding and abetting each other, intentionally and knowingly assaulted the victim, M.C., with a dangerous weapon, that is, a knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3), and 2.

## COUNT 2

On or between April 10, 2019 and April 11, 2019, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendants DEBORAH LEE CHINCHEE-CLAWSON and REDELL CLAWSON, Indians, aiding and abetting each other, intentionally, knowingly, and recklessly assaulted the victim, M.C., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: January 21, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/*
TRACY VAN BUSKIRK
Assistant U.S. Attorney